**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03611-KMT

---

DAVID MAY,

      Plaintiff,

v.

T. ROWE PRICE,

      Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW the Parties through undersigned counsel hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 12th day of April, 2021.

| CORNISH & DELL'OLIO, P.C. | JACKSON LEWIS P.C. |
|---|---|
| *s/ Ian D. Kalmanowitz* | *s/Alexa M. Farmer* |
| Ian D. Kalmanowitz | Alexa M. Farmer |
| Cornish & Dell'Olio, P.C. | Jackson Lewis P.C. |
| 431 N. Cascade Ave., Ste. 1 | 950 17th Street, Suite 2600 |
| Colorado Springs, CO 80903 | Denver, CO 80202 |
| Tel: 719-475-1204 | Alexa.Farmer@jacksonlewis.com |
| Facsimile: 719-475-1264 | |
| ikalmanowitz@cornishanddellolio.com | Emmett F. McGee |
| Attorney for Plaintiff | 2800 Quarry Lake Drive, Suite 200 |
| | Baltimore, MD 21209 |
| | Telephone: (410) 415-2000 |
| | Emmett.McGee@jacksonlewis.com |
| | Attorneys for Defendant |